NDISPO, TERMED

**U.S. District Court**
**District of Colorado (Denver)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-00438-WDM-MEH**
**Internal Use Only**

Barnsbee v. Davol, Inc. et al
Assigned to: Judge Walker D. Miller
Referred to: Magistrate Judge Michael E. Hegarty
Case in other court: Denver District Court, 07CV7308
CO 08cv306-WYD-KLM; 08cv307-REB-MJW, MDL 1842
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/29/2008
Date Terminated: 04/18/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Rhonda Evans Barnsbee** represented by **Justin R. Melat**
Melat, Pressman & Higbie, LLP
711 South Tejon Street
Colorado Springs, CO 80903
719-475-0304
Fax: 719-475-0242
Email: melat@springslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Mark A. Fogg**
Kennedy Childs & Fogg, PC-Denver
1050 17th Street
#2500
Denver, CO 80265-2080
303-825-2700
Fax: 825-0434
Email: Mfogg@kcfpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry Cipoletti**
Kennedy Childs & Fogg, PC-Denver
1050 17th Street
#2500
Denver, CO 80265-2080

303-825-2700
Fax: 303-825-0434
Email: tcipoletti@kcfpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Mark A. Fogg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry Cipoletti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/29/2008 | 1 | NOTICE OF REMOVAL from El Paso County District Court, Case Number 07CV7308. ( Filing fee $ 350 Receipt Number COX008077), filed by Davol, Inc., C.R. Bard, Inc. (Attachments: # 1 Exh A, # 2 Exh A-1, # 3 Exh A-2, # 4 Exh A-3, # 5 Exh A-4, # 6 Exh A-5, # 7 Exh A-6, # 8 Exh A-7, # 9 Exh A-8, # 10 Exh A-9, # 11 Exh B, # 12 Exh C, # 13 Exh D, # 14 Exh E, # 15 Exh G, # 16 Civil Cover Sheet, # 17 Supplemental Civil Cover Sheet, # 18 Receipt)(llk, ) (Additional attachment(Exh F) added on 3/3/2008: # 19 Exh F) (llk, ). Modified on 3/3/2008 to attach exhibit F (llk, ). (Entered: 03/03/2008) |
| 02/29/2008 | 2 | State Court COMPLAINT against Davol, Inc., C.R. Bard, Inc., filed by Rhonda Evans Barnsbee. Text only entry - no document attached.(llk, ) (Entered: 03/03/2008) |
| 02/29/2008 | 3 | State Court SUMMONS Returned Executed by Rhonda Evans Barnsbee. Davol, Inc. served on 1/30/2008, answer due 2/19/2008; C.R. Bard, Inc. served on 1/31/2008, answer due 2/20/2008. Text only entry - no document attached. (llk, ) (Entered: 03/03/2008) |
| 02/29/2008 | 4 | CORPORATE DISCLOSURE STATEMENT by Defendants Davol, Inc., C.R. Bard, Inc. (llk, ) (Entered: 03/03/2008) |
| 02/29/2008 | 5 | NOTICE Regarding Pendency of Multidistrict Litigation and Associated Cases by Defendants Davol, Inc., C.R. Bard, Inc. (llk, ) (Entered: 03/03/2008) |
| 03/03/2008 | 6 | Letter from Clerk to Clerk of the MDL Panel advising that this case may be related to MDL 1842. (llk, ) (Entered: 03/03/2008) |
| 03/03/2008 | 7 | Docket Annotation re: 1 Notice of Removal. This docket entry was modified to attach Exhibit F. Text only entry - no document attached. (llk, ) (Entered: 03/03/2008) |
| 03/03/2008 | 8 | MEMORANDUM by Senior District Judge Matsch RETURNING CASE for reassignment. (gmssl, ) (Entered: 03/03/2008) |
| 03/03/2008 | 9 | ANSWER to 2 Complaint *Affirmative Defenses and Jury Demand* by Davol, Inc., C.R. Bard, Inc..(Cipoletti, Terry) (Entered: 03/03/2008) |

| | | |
|---|---|---|
| 03/03/2008 | | (Court only) ***Judge Walker D. Miller added per memorandum of 3/3/2008. Judge Richard P. Matsch no longer assigned to case. (llk, ) (Entered: 03/04/2008) |
| 03/04/2008 | 10 | CERTIFICATE OF SERVICE by Defendants Davol, Inc., C.R. Bard, Inc. (Cipoletti, Terry) (Entered: 03/04/2008) |
| 03/04/2008 | 11 | Letter from Clerk to Counsel advising of new case number and judge assignment. (llk, ) (Entered: 03/04/2008) |
| 03/05/2008 | 12 | ORDER OF REFERENCE TO Magistrate Judge Michael E. Hegarty. Signed by Judge Walker D. Miller on 03/05/2008. (sah2, ) (Entered: 03/05/2008) |
| 03/05/2008 | 13 | MINUTE ORDER, A Scheduling Conference is set for 5/1/2008 09:30 AM in Courtroom C203 by Magistrate Judge Michael E. Hegarty on 03/05/2008. (sah2, ) (Entered: 03/05/2008) |
| 03/12/2008 | 14 | MOTION For Extension of Time to *Designate Nonparties at Fault* by Defendants Davol, Inc., C.R. Bard, Inc.. (Cipoletti, Terry) (Entered: 03/12/2008) |
| 03/13/2008 | 15 | MEMORANDUM regarding 14 MOTION For Extension of Time to *Designate Nonparties at Fault* filed by C.R. Bard, Inc., Davol, Inc.. Motions referred to Magistrate Judge Michael E. Hegarty by Judge Walker D. Miller on 3/13/08. (Text Only Entry - No Document Attached)(wdmsec, ) (Entered: 03/13/2008) |
| 03/14/2008 | 16 | Unopposed MOTION For Extension of Time to *Designate Nonparties at Fault* by Defendants Davol, Inc., C.R. Bard, Inc.. (Cipoletti, Terry) (Entered: 03/14/2008) |
| 03/14/2008 | 17 | MINUTE ORDER denying as moot 14 Defendants' Motion for Extension of Time to Designate Nonparties at fault by Magistrate Judge Michael E. Hegarty on 03/14/2008. (sah, ) (Entered: 03/14/2008) |
| 03/20/2008 | 18 | Unopposed MOTION to Stay *of Proceeding Pending Transfer to Federal Multidistrict Ligtiation* by Defendants Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit A) (Cipoletti, Terry) (Entered: 03/20/2008) |
| 03/21/2008 | 19 | MEMORANDUM regarding 18 Unopposed MOTION to Stay *of Proceeding Pending Transfer to Federal Multidistrict Ligtiation* filed by C.R. Bard, Inc., Davol, Inc., 16 Unopposed MOTION For Extension of Time to *Designate Nonparties at Fault* filed by C.R. Bard, Inc., Davol, Inc.. Motions referred to Magistrate Judge Michael E. Hegarty by Judge Walker D. Miller on 3/21/08. (Text Only Entry - No Document Attached) (wdmsec, ) (Entered: 03/21/2008) |
| 03/24/2008 | 20 | ORDER denying without prejudice 18 Defendants Unopposed Motion for Stay of Proceedings Pending Transfer to Federal Multidistrict Litigation. Signed by Magistrate Judge Michael E. Hegarty on 03/24/2008.(sah, ) (Entered: 03/24/2008) |
| 03/24/2008 | 21 | MINUTE ORDER denying without prejudice 16 Defendants Unopposed Motion for Extension of Time to Designate Nonparties at Fault by Magistrate Judge Michael E. Hegarty on 03/24/2008.(sah, ) (Entered: 03/24/2008) |
| 03/28/2008 | 22 | Unopposed MOTION For Extension of Time to *Designate Nonparties at Fault* by Defendants Davol, Inc., C.R. Bard, Inc.. (Cipoletti, Terry) (Entered: 03/28/2008) |
| 03/28/2008 | 23 | MEMORANDUM regarding 22 Unopposed MOTION For Extension of Time to *Designate Nonparties at Fault* filed by C.R. Bard, Inc., Davol, Inc.. Motions referred to |

| | | |
|---|---|---|
| | | Magistrate Judge Michael E. Hegarty by Judge Walker D. Miller on 3/28/08. (Text Only Entry - No Document Attached)(wdmsec, ) (Entered: 03/28/2008) |
| 03/31/2008 | 24 | MINUTE ORDER granting in part and denying in part 22 Defendants second Unopposed Motion for Extension of Time to Designate Nonparties at Fault. The deadline within which to designate nonparties at fault is extended to on or before 6/10/2008 by Magistrate Judge Michael E. Hegarty on 03/31/2008.(sah2, ) (Entered: 04/01/2008) |
| 04/11/2008 | 25 | First MOTION For Extension of Time to *Comply with Rule 26(f)* by Defendants Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit A)(Cipoletti, Terry) (Entered: 04/11/2008) |
| 04/11/2008 | 26 | MEMORANDUM regarding 25 First MOTION For Extension of Time to *Comply with Rule 26(f)* filed by C.R. Bard, Inc., Davol, Inc..Motions referred to Magistrate Judge Michael E. Hegarty by Judge Walker D. Miller on 4/11/08. (Text Only Entry - No Document Attached)(wdmsec, ) (Entered: 04/11/2008) |
| 04/11/2008 | 27 | MINUTE ORDER re: 25 First MOTION For Extension of Time to Comply with Rule 26 (f) filed by C.R. Bard, Inc., Davol, Inc., Plaintiff shall file a response on or before 4/18/08. Entered by Magistrate Judge Michael E. Hegarty on 4/11/08. (pap, ) (Entered: 04/11/2008) |
| 04/15/2008 | 30 | Certified Copy of Conditional Transfer ORDER (CTO-17) directing that this case be transferred to the District of Rhode Island and assigned to the Honorable Mary M. Lisi. MDL No. 1842. Signed by the Clerk on 4/15/2008. (llk, ) Modified on 4/18/2008 to indicate that the CTO was signed by the Clerk (llk, ). (Entered: 04/18/2008) |
| 04/17/2008 | 28 | STATUS REPORT *Concerning Transfer of Case to Multidistrict Litigation* by Defendants Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Cipoletti, Terry) (Entered: 04/17/2008) |
| 04/18/2008 | 29 | RESPONSE to Motion re 25 First MOTION For Extension of Time to *Comply with Rule 26(f)* filed by Plaintiff Rhonda Evans Barnsbee. (Melat, Justin) (Entered: 04/18/2008) |
| 04/18/2008 | | (Court only) ***Civil Case Terminated pursuant to CTO-17. (llk, ) (Entered: 04/18/2008) |
| 04/18/2008 | 31 | Docket Annotation: The Clerk's Office, USDC - District of Rhode Island has been notified by email this date that this civil case has been closed pursuant to CTO-17. Copies of the Complaint, Mtn for Time, Exh to Mtn, Response and Docket Sheet have been forward to that court. Text only entry - no document attached. (llk, ) (Entered: 04/18/2008) |
| 04/18/2008 | 32 | Docket Annotation re: 30 Order. This docket entry was modified to indicate that the CTO was signed by the Clerk. Text only entry - no document attached. (llk, ) (Entered: 04/18/2008) |